Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Edwin Peart

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 18-CV-6389

v.

William Mattar et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed.

Date: September 14, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
     Deputy Clerk